1  BRAD D. BRIAN (State Bar No. 79001)
   brad.brian@mto.com
2  MICHAEL R. DOYEN (State Bar No. 119687)
   michael.doyen@mto.com
3  BETHANY W. KRISTOVICH (State Bar No. 241891)
   bethany.kristovich@mto.com
4  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
5  Fiftieth Floor
   Los Angeles, California 90071-3426
6  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
7
8  Attorneys for Plaintiffs MGM RESORTS
   INTERNATIONAL, MANDALAY
9  RESORT GROUP, MANDALAY BAY,
   LLC, MGM RESORTS FESTIVAL
10 GROUNDS, LLC, and MGM RESORTS
   VENUE MANAGEMENT, LLC
11
12             UNITED STATES DISTRICT COURT

13     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14 MGM RESORTS INTERNATIONAL,          Case No. 2:18-cv-6197
   MANDALAY RESORT GROUP,
15 MANDALAY BAY, LLC, MGM              **COMPLAINT FOR**
   RESORTS FESTIVAL GROUNDS,           **DECLARATORY RELIEF**
16 LLC, MGM RESORTS VENUE
   MANAGEMENT, LLC
17
              Plaintiffs,
18
         vs.
19
   QUINTIVIA ABNER; ZELDA
20 ADAME; CHERIE JEAN ADAMS;
   DONNA JEAN ADCOCK; JOE
21 ADKINS; JOSEPH AGOSTA III;
   CYNTHIA AGOSTA; YSA ALBERT;
22 JAVIER ALEMAN; AFRICA ALLEN;
   ROSIE AMATULLI; GWENDOLYN
23 ANDERSON; CONSTANTINO
   ANGELETAKIS; FARRAH ANGELIC;
24 BRENDA ARCE; MELISSA ARROYO;
   KRISTINE ARUTUNYAN; MARK
25 ANTHONY AUSTIN SR.; KENDAL S.
   BALAS; MACEY N. BALAS; WENDY
26 BALDWIN; REYNITA BANABAN;
   MARTIN BANGMA; TERRANCE
27 BANKS; MARK BAQUEDANO; SETH
   BARKER; MAVIS BARNETTE;
28 CATHY BAROUIST; LACEY

39299060.1

1  BARTKO; JASMINE BELL; BABU
   BHUIYAN; COURTLAND BIBBS;
2  TERRENCE BIRDEN; JOSHUA
   BITRICH; MINDY BITRICH; DAVID
3  BLASHAW; STEVEN DALE BOES
   JR.; LISA BOISSIERE-WRIGHT;
4  FRANCHELLE BOLDEN; KAYLA
   BOWEN; SWATAVIA BOWLES;
5  EDWINNA BRAME; JANICEY BRAR;
   KIRK BRIMHALL; MICHELLE
6  BRIMHALL; SYLVIA LYNN
   BROOKS; LAQUANA BROWN; TARA
7  BURFIELD; ALEXIS CADY;
   MATTHEW CADY; HUNTER CALEF;
8  LETICIA CANNON; SHANNA
   CAPUTO; SHAMINA CARPENTER;
9  PEARLINA CARTER; CONSTANTINO
   CERRANO; TIFFANY CHARAN;
10 DANIEL CHLEBOWSKI; RANDALL
   CHRISTENSEN; FELICITY CLARK;
11 KELVIN H. COACHMAN; DANETTE
   COLASIN; ASHLEY JORDAN
12 CORUM; FLOSIETA ANN DAVIS;
   PATRESE DAVIS; MICHAEL
13 DELCID; HAILEY DEQUILLETTES;
   JAMES RAYMOND DEVOLL; LISA
14 DIRADO-MORENO; SIERRA M.
   DONNELLY; GLENN J. DORMER;
15 KIMBERLY A. DOWNES; DUANE
   DUBBS III; CLARO DUQUE; MYRON
16 DYE; TIMOTHY ECHAVARRIA;
   JESSICA EDMONDSON; LA STAR
17 EDWARDS; LORENA ESQUIBEL;
   KEANU EDWARD ESTRADA; ROY
18 EUWING; EVAN FEINBERG; KELIAH
   FELL; LAURIANNA JAYNE
19 FENWICK; NITISHA FERGUSON;
   NANCY L. FEYMA; CRAIG FINE;
20 LISA FINE; MELANIE LEANNE FISH;
   DAVE FLOEN; DAVID FLUKER;
21 SHARVONNE FOLMAR; JAZELLE
   FRELO; DERRICK GAGLIARDI;
22 IYANA GAINES; INESSA GALAGAN;
   OLEG GALAGAN; CECILIA
23 GALLEGOS; ROSEMARY GARCIA;
   NORMA GARCIA-FELIX; JAMES
24 MICHAEL GARLAND; CHRISTY R.
   GARZA; TREVOR ANTHONY
25 GARZA; VERNELL GIBSON; DAMON
   GIPSON; SHANECA GOLDMAN;
26 DEBBIE ANN DURAN GOMEZ;
   PAMELA GOMEZ; BRITTANY
27 GOOD; MARGRETTA GRAHAM;
   KEYATRA GRANT; DAVID J.
28 GRIJALBA JR.; JENNIFER

39299060.1

GRIMSHAW; ASHLIE GUERRERO;
JON C. GURULE; APRIL L. HAGEN;
HIRAM HAIRSTON; FRANK L.
HAMMERSLEY; BRANDY HARMON;
AMY HARRICK; NIKITA HARRIS;
TAMMY LYNN HAYDEN; JEREMY
SCOTT HICKS; JERRALYNN HICKS;
KELLY JO HIEBERT; ALBERT
HIGGINS JR.; ALBERT HIGGINS SR.;
DEBORAH HIGGINS; GARY
HIGHTOWER; TAYLOR L. HILL;
TERESA DELEON HILL; KENDALL
HOBBS; STEVE HOFFMASTER;
BRADLEY HOFFRICHTER; JEFFREY
R. HOLDEN; APRIL HOPWOOD;
ALIYAH HOWARD; CHERI LYNN
HOWARD; KHALFANI HOWARD;
MYESHA HOWARD; ZERONDRICK
HUBBARD; JONATHAN DUNDEE
HUTCHINSON; SUMOYYAH
IRVING; KERI JAMES; NAMARI
JANUARY; VIVEK JAYARAMAN;
LEVITICUS E. JOHNSON;
SAMMIESHA JOHNSON; TABIA J.
JOHNSON; NKOSI S. JOHNSON-
KIMBER; GRACE KAJIMURA;
MYKENZIE KE'ALOHILANI;
BRENDEN C. KIMBER; DANIEL D.
KNIGHT; ASMIK KOTOYAN; ANNE
B. KRIEGHOFF; EDWIN LANIER;
WENDY LYNN LAZIO; PAMELA A.
LEKAVICH; CORYNE LIPPERT;
BRENT GREGORY LITTLE;
MICHELLE N. LITTLE; VALARIE
LOFTON; HANNAH LOGAN; PHILIP
LONCAR; RICARDO LOPEZ; GREG
LORING; COURTNEY LOWE;
DANIEL LUCKADUE; KIMBERLY
MACARTHUR; DAISY MADRIGAL;
BROOKE MAGORIEN; VANESSA
MALLORY; KAITLIN MANAHAN;
GREGORY L. MANIS; LAURIE L.
MANIS; CONNIE MANNING;
WILFREDO MAQUINDANG; AUSTIN
MARCUS; CHRISTOPHER ALAN
MARSH; ZAQOIA MARSHALL;
DUSTIN MASCARO; BRYAN
MATTHEWS; JATHAN MATTHEWS;
TANIKA MATTHEWS; HOLLY L.
MAYES; COURTNEY N. MAYO;
ANTHONY MAYSHACK; THERESA
MAYSHACK; ANTHONY THOMAS
MCBRIDE; TIFFANY MCCELLAN;
MICHAEL MCCLAIN; TANYA
MCCLAIN; ROBIN MCCORMICK;

SUNDAE MCDOWELL; LORI ANNE
MCELROY; LEXI ANN MCINTOSH;
DAMIEN MCINTYRE; SHAUNA
MCKENZIE; JASON MCMILLIAN;
ELIZABETH MCNEIL; CHRISTINA
MELGOZA; MEGAN S. MEREDITH;
SADAT MERRIWETHER;
CHRISTIANN MEYER; ERENIA
MIJANGOS; RITA MIMS; ASHLEY
NICOLE MIRELES; HEATHER
CHIYEKO MIYAKAWA; MORGAN
MOELLER; LILIANNA MOLINA;
ANTOINETTE MOORE; AMELIA B.
MORALES; EVELYNE ANNETTE
MORRIS; PATRICIA MURILLO;
RILEY S. MURRAY; KRYSTAL K.
NASH; SUMMER NERIA; CORAL
NETTLES; ROBERTA B. NEWTON;
GRACE NICASSIO; ERIC J. NOBRIGA
SR.; LINDA NOONER; DAVID
NORMAN; MICHAEL OGAZON;
TIFFANY OKUM; ILA OLDHAM;
ISAAC XAVIER OROZCO; DANIEL
PAIZ; LOUELLA ABAD PARGA;
KIMBERLY PAYTON; MASOUD
PAZOUKI; JOSHUA LORENZO
PEREZ; JOHN ANTHONY PERICO;
LATERRIUS D. PETERS; KATHLEEN
JO PETERSON; TERRIE PETTWAY;
ROSEMARY PHILLIPS; LEONEL M.
PLATA JR.; JIM PLUMMER; ERICA
SUSAN POPPEN; JOE M.
QUINTEROS; VORN SEAL
RADCLIFFE; SUELEMA RAMOS;
MYRA RANDLE; COLLEAREN
RANDOLPH; GRACIELA
REBOLLAR; ALALA REED; ERIC J.
REGNIER; MICHAEL THOMAS
REICHARD; DEBRA RELIFORD;
GAILA REQUENA; BRADLEY
RESNICK; STEVEN RESNICK;
SHELONDA RHODES; NELISHA
RICHARD; TRISTINA RICHARDS;
SHANNON LYNN RIMMER; JAYCEE
V. RINGLE; LEVELLE RIVERS;
RACHEL ROACH; AMOREYA
ROLLINS; FELISHA ROMAN;
RUDOLPH ROQUEMORE; BRITNEY
SALAS; NEDAL SALMAN; MICHAEL
SAMBRANO; JEFF SANDWELL;
HOLLY E. SANTINO; JITO SCALES;
RYAN THOMAS SCHOENBORN;
KISHAWNA SCOTT; PEEJMAN
SHADALO; AMIR SHATERIAN;
WILLIAM SHEARER; EBONY

SHOLES; DOROTHY SIGALA;
RHASAAN SIMMONS; JAMES LEE
SKINNER JR.; KIMBERLY ANN
SMITH; RAEKWON SMITH;
DOLORES M. SOLANO; REYLENE D.
SOTO; JERRY J. SPERAW; LETICIA
MARIE STAGGS; TRAIVONA
STAPLETON; JOSHAWAY STEVENS;
MELINDA STILWELL; JACOB
STODDARD; JOANN STOUDEMIRE;
TODD SUDAKOFF; ABRAHAM
TANIELIAN; SANDY TATELMAN;
KYLE D. TAYLOR; SHAUNTAY
TAYLOR; ALBERNISHA THOMAS;
DARRALYN THOMPSON; JUANITA
TOLIVER; BRENDA TOPETE;
LEOTIS TRAMBLE; DEMETRIUS
TRAMMEL; EMILY ANN
TREMATERRA; JAJA TRIPLETT;
EDWARD TROVATO; ARTRICE
TURNER; LEKECIA TURNER; JOEL
TWYCROSS; JOSE URIARTE;
SANDRA VALENZUELA-NORRIS;
AMBER VAN VOORHIS; AMANDA
VANDECAR; CINDY VANDYKE;
DARLINE VARNSLADSON; SANDRA
VENABLES; MARGARET
VENTRESCA; SANDRA VILLALBA;
ISRAEL SAMUEL VILLALOBOS;
MORGAN B. VIRUS; JASMINE
WADDLES; MARIAMA AMINA
WALKER; MIOSHI WALLACE;
QUENTIN WALLER; STELLA WALZ;
ALICE WARE; GERARD WASHACK;
DENEICA WATKINS; ZAHRA
WATKINS; MONTEE WHITE;
VENETIA WHITE; ANDRA C.
WILLIAMS; BRANDI WILLIAMS;
NANITA WILLIAMS; ZABRINA
WILSON; TAYLOR WINSTON;
COURTNEY NICOLE WINTERS;
CHARLES V. WYNN; KELLY
YEAKEL; LORI A. YOUNG; AARON
ZACKERY; ERIK ZALUSKE; TROY O
ZEEMAN,

Defendants.

39299060.1

**<u>INTRODUCTION</u>**

1.     On October 1, 2017, Stephen Paddock carried out a mass attack at the Route 91 Harvest Festival in Las Vegas, Nevada.

2.     Paddock intended to inflict mass injury, death and destruction.  He killed 58 persons and injured some 500 others.  Paddock's attack resulted in the highest number of deaths of any mass shooting in the Nation's history.

3.     Security for the concert was provided by Contemporary Services Corporation, whose security services have been certified by the Secretary of Homeland Security for protecting against and responding to acts of mass injury and destruction.

4.     Recognizing the national interest in such events, and in the development and deployment of services certified by the Secretary of Homeland Security to prevent and respond to such events, Congress has provided original and exclusive federal jurisdiction for any claims of injuries arising out of or relating to mass violence where services certified by the Department of Homeland Security were deployed.

5.     Plaintiff MGM Resorts Festival Grounds, LLC owns and operates the Las Vegas Village, at 3901 South Las Vegas Boulevard, Las Vegas, Nevada 89119, where the Route 91 Harvest Festival was held.  Plaintiff Mandalay Bay, LLC owns and operates the Mandalay Bay resort, which is adjacent to Las Vegas Village.  Plaintiff MGM Resorts International is the parent corporation, with 100% interest in Plaintiff Mandalay Resort Group and an indirect 100% interest in Mandalay Bay, LLC, and MGM Resorts Festival Grounds.  Plaintiff MGM Resorts Venue Management, LLC is a Nevada limited liability company.

6.      Paddock carried out his mass attack on the concert from a room on the 32nd floor of the Mandalay Bay resort.

7.     Following Paddock's attack, over 2,500 individuals ("Claimants") have brought lawsuits, or threatened to bring lawsuits, against Plaintiffs MGM Resorts

1  Festival Grounds, LLC, MGM Resorts International, Mandalay Bay, LLC,

2  Mandalay Resort Group, and MGM Resorts Venue Management, LLC (collectively,

3  "the MGM Parties"), alleging that the MGM Parties (among others) are liable for

4  deaths, injuries, and emotional distress resulting from Paddock's attack.  Claimants

5  subsequently voluntarily dismissed these cases before they could be resolved,

6  apparently with the intent of refiling.

7       8.    Named as defendants in this case are Claimants who have brought

8  lawsuits (which they subsequently voluntarily dismissed) against the MGM Parties,

9  alleging claims arising from Paddock's attack, and persons who, through counsel,

10 have threatened to bring such claims against the MGM Parties.

11      9.    Congress has enacted legislation to support the development of new

12 technologies and services to prevent and respond to mass violence.  That legislation,

13 the Support Anti-Terrorism by Fostering Effective Technologies Act of 2002, 6

14 U.S.C. §§ 441-444 (also known by the acronym, the "SAFETY Act"), provides a

15 calibrated balance of remedies and limitations on liabilities arising from mass

16 attacks committed on U.S. soil where services certified by the Department of

17 Homeland Security were deployed.

18      10.   In the case of Paddock's mass attack, certified technologies or services

19 were deployed by a professional security company, Contemporary Services

20 Corporation ("CSC"), which was employed as the Security Vendor for the Route 91

21 concert.  As alleged in more detail below, Paddock's mass attack meets the

22 requirements of the SAFETY Act as set forth in the statute and the Regulations

23 promulgated by the Department of Homeland Security.

24      11.   Defendants' actual and threatened lawsuits implicate the services

25 provided by CSC because they implicate security at the concert, for example

26 security training, emergency response, evacuation, and adequacy of egress.

27      12.   As a result, the SAFETY Act applies to and governs all actions and any

28 claims arising out of or relating to Paddock's mass attack.  There are five key

-2-

COMPLAINT FOR DECLARATORY RELIEF

aspects of the Act and implementing regulations promulgated by the Department of Homeland Security as authorized and contemplated by the SAFETY Act.  6 C.F.R. § 25.1 et seq.

13.     First, the SAFETY Act creates a "Federal cause of action for claims arising out of [or] relating to" an act of mass violence where certified services were deployed and where such claims may result in losses to the Seller of the services.  6 U.S.C. § 442(a)(1).

14.     Second, the SAFETY Act expressly provides the federal courts with "original and exclusive jurisdiction over all actions for any claim for loss" arising out of or related to such an attack. 6 U.S.C. § 442(a)(2).

15.     Third, as confirmed by the Secretary's implementing regulations promulgated after enactment of the SAFETY Act, the federal cause of action created by the statute is the exclusive claim available in such circumstances.  6 U.S.C. § 442(a)(1).  The regulations state:  "There shall exist only one cause of action for loss of property, personal injury, or death for performance or non-performance of the Seller's Qualified Anti–Terrorism Technology in relation to an Act of Terrorism." 6 C.F.R. § 25.7(d).

16.     Fourth, the regulations further provide that "Such cause of action may be brought only against the Seller of the Qualified Anti–Terrorism Technology and may not be brought against the buyers, the buyers' contractors, or downstream users of the Technology, the Seller's suppliers or contractors, or any other person or entity."  6 C.F.R. § 25.7(d).

17.     Fifth, to ensure compensation for victims in appropriate cases, the SAFETY Act requires that the Seller "obtain liability insurance of such types and in such amounts as shall be required in accordance with this section and certified by the Secretary to satisfy otherwise compensable third-party claims arising out of, relating to, or resulting from an act of terrorism."  6 U.S.C. § 443(a)(1).

18.     Congress enacted the SAFETY Act in recognition of the strong national interest in encouraging the development and use of technologies and services that can help prevent and respond to mass violence.  The Act does so in part by assurance of limited liability in the unfortunate event that an incident of mass violence occurs and injuries occur despite the deployment of such technology.  The Act also does so by creating original and exclusive jurisdiction for the resolution of all controversies in federal court. 6 U.S.C. § 442(a)(2).

19.     The SAFETY Act expressly provides the federal courts with original and exclusive jurisdiction over "all actions for and any claims for loss [or] injury" arising out of or relating to a mass attack where certified services were provided and where such claims *may* result in losses to the seller of those services. The Act and the associated regulations make clear that any such claim against the MGM Parties must be dismissed.

20.     By this action, the MGM Parties seek a declaratory judgment and further relief pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, that the MGM parties cannot be held liable to Defendants for deaths, injuries, or other damages arising from Paddock's attack.

## PARTIES

### A.     PLAINTIFFS

21.     Plaintiff MGM RESORTS INTERNATIONAL is a Delaware corporation with its principal place of business in Las Vegas, Nevada. Plaintiff MGM RESORTS INTERNATIONAL is a citizen of Delaware and Nevada for purposes of diversity jurisdiction.

22.     Plaintiff MANDALAY RESORT GROUP is a Nevada corporation with its principal place of business in Las Vegas, Nevada.  MANDALAY RESORT GROUP is a citizen of Nevada for purposes of diversity jurisdiction.

23.     Plaintiff, MANDALAY BAY, LLC is a Nevada limited liability company with a single member, Mandalay Resort Group.  Plaintiff MANDALAY BAY, LLC is a citizen of Nevada for purposes of diversity jurisdiction.

24.     Plaintiff MGM RESORTS FESTIVAL GROUNDS, LLC is a Nevada limited liability company with a single member, Mandalay Resort Group.  Plaintiff MGM RESORTS FESTIVAL GROUNDS, LLC is a citizen of Nevada for purposes of diversity jurisdiction.

25.     Plaintiff MGM RESORTS VENUE MANAGEMENT, LLC is a Nevada limited liability company with a single member, MGM Resorts International. Plaintiff MGM RESORTS VENUE MANAGEMENT, LLC is a citizen of Nevada and Delaware for purposes of diversity jurisdiction.

**B.     DEFENDANTS**

26.     Plaintiffs are informed and believe and thereon allege that Defendant Quintivia Abner is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

27.     Plaintiffs are informed and believe and thereon allege that Defendant Zelda Adame is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

28.     Plaintiffs are informed and believe and thereon allege that Defendant Cherie Jean Adams is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

29.     Plaintiffs are informed and believe and thereon allege that Defendant Donna Jean Adcock is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

30.    Plaintiffs are informed and believe and thereon allege that Defendant Joe Adkins is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

31.    Plaintiffs are informed and believe and thereon allege that Defendant Joseph Agosta III is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

32.    Plaintiffs are informed and believe and thereon allege that Defendant Cynthia Agosta is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

33.    Plaintiffs are informed and believe and thereon allege that Defendant Ysa Albert is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

34.    Plaintiffs are informed and believe and thereon allege that Defendant Javier Aleman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

35.    Plaintiffs are informed and believe and thereon allege that Defendant Africa Allen is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

36.    Plaintiffs are informed and believe and thereon allege that Defendant Rosie Amatulli is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

37.     Plaintiffs are informed and believe and thereon allege that Defendant Gwendolyn Anderson is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

38.     Plaintiffs are informed and believe and thereon allege that Defendant Constantino Angeletakis is a citizen of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

39.     Plaintiffs are informed and believe and thereon allege that Defendant Farrah Angelic is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

40.     Plaintiffs are informed and believe and thereon allege that Defendant Brenda Arce is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

41.     Plaintiffs are informed and believe and thereon allege that Defendant Melissa Arroyo is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

42.     Plaintiffs are informed and believe and thereon allege that Defendant Kristine Arutunyan is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

43.     Plaintiffs are informed and believe and thereon allege that Defendant Mark Anthony Austin Sr. is a citizen of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims

1   against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas,

2   Nevada.

3        44.    Plaintiffs are informed and believe and thereon allege that Defendant

4   Kendal S. Balas is a citizen of the State of California.  Defendant has, through

5   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6   October 1, 2017, shooting incident in Las Vegas, Nevada.

7        45.    Plaintiffs are informed and believe and thereon allege that Defendant

8   Macey N. Balas is a citizen of the State of California.  Defendant has, through

9   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11       46.    Plaintiffs are informed and believe and thereon allege that Defendant

12  Wendy Baldwin is a citizen of the State of California, County of Riverside.

13  Defendant has, through counsel, asserted or threatened to assert claims against

14  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

15       47.    Plaintiffs are informed and believe and thereon allege that Defendant

16  Reynita Banaban is a citizen of the State of California.  Defendant has, through

17  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18  October 1, 2017, shooting incident in Las Vegas, Nevada.

19       48.    Plaintiffs are informed and believe and thereon allege that Defendant

20  Martin Bangma is a citizen of the State of California.  Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23       49.    Plaintiffs are informed and believe and thereon allege that Defendant

24  Terrance Banks is a citizen of the State of California, County of Los Angeles.

25  Defendant has, through counsel, asserted or threatened to assert claims against

26  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

27       50.    Plaintiffs are informed and believe and thereon allege that Defendant

28  Mark Baquedano is a citizen of the State of California, County of Los Angeles.

-8-

COMPLAINT FOR DECLARATORY RELIEF

1  Defendant has, through counsel, asserted or threatened to assert claims against

2  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

3       51.    Plaintiffs are informed and believe and thereon allege that Defendant

4  Seth Barker is a citizen of the State of California.  Defendant has, through counsel,

5  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

6  2017, shooting incident in Las Vegas, Nevada.

7       52.    Plaintiffs are informed and believe and thereon allege that Defendant

8  Mavis Barnette is a citizen of the State of California.  Defendant has, through

9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11       53.    Plaintiffs are informed and believe and thereon allege that Defendant

12  Cathy Barquist is a citizen of the State of California, County of Orange.  Defendant

13  has, through counsel, asserted or threatened to assert claims against Plaintiffs based

14  upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

15       54.    Plaintiffs are informed and believe and thereon allege that Defendant

16  Lacey Bartko is a citizen of the State of California, County of Los Angeles.

17  Defendant has, through counsel, asserted or threatened to assert claims against

18  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

19       55.    Plaintiffs are informed and believe and thereon allege that Defendant

20  Jasmine Bell is a citizen of the State of California.  Defendant has, through counsel,

21  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

22  2017, shooting incident in Las Vegas, Nevada.

23       56.    Plaintiffs are informed and believe and thereon allege that Defendant

24  Babu Bhuiyan is a citizen of the State of California, County of Los Angeles.

25  Defendant has, through counsel, asserted or threatened to assert claims against

26  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

27       57.    Plaintiffs are informed and believe and thereon allege that Defendant

28  Courtland Bibbs is a citizen of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3      58.   Plaintiffs are informed and believe and thereon allege that Defendant

4  Terrence Birden is a citizen of the State of California.  Defendant has, through

5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7      59.   Plaintiffs are informed and believe and thereon allege that Defendant

8  Joshua Bitrich is a citizen of the State of California.  Defendant has, through

9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11      60.   Plaintiffs are informed and believe and thereon allege that Defendant

12  Mindy Bitrich is a citizen of the State of California.  Defendant has, through

13  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14  October 1, 2017, shooting incident in Las Vegas, Nevada.

15      61.   Plaintiffs are informed and believe and thereon allege that Defendant

16  David Blashaw is a citizen of the State of California.  Defendant has, through

17  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18  October 1, 2017, shooting incident in Las Vegas, Nevada.

19      62.   Plaintiffs are informed and believe and thereon allege that Defendant

20  Steven Dale Boes Jr. is a citizen of the State of California.  Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23      63.   Plaintiffs are informed and believe and thereon allege that Defendant

24  Lisa Boissiere-Wright is a citizen of the State of California.  Defendant has, through

25  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26  October 1, 2017, shooting incident in Las Vegas, Nevada.

27      64.   Plaintiffs are informed and believe and thereon allege that Defendant

28  Franchelle Bolden is a citizen of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3       65.     Plaintiffs are informed and believe and thereon allege that Defendant
4  Kayla Bowen is a citizen of the State of California, County of Kern.  Defendant has,
5  through counsel, asserted or threatened to assert claims against Plaintiffs based upon
6  the October 1, 2017, shooting incident in Las Vegas, Nevada.

7       66.     Plaintiffs are informed and believe and thereon allege that Defendant
8  Swatavia Bowles is a citizen of the State of California, County of San Bernardino.
9  Defendant has, through counsel, asserted or threatened to assert claims against
10 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

11      67.     Plaintiffs are informed and believe and thereon allege that Defendant
12 Edwinna Brame is a citizen of the State of California.  Defendant has, through
13 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
14 October 1, 2017, shooting incident in Las Vegas, Nevada.

15      68.     Plaintiffs are informed and believe and thereon allege that Defendant
16 Janicey Brar is a citizen of the State of California, County of Los Angeles.
17 Defendant has, through counsel, asserted or threatened to assert claims against
18 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

19      69.     Plaintiffs are informed and believe and thereon allege that Defendant
20 Kirk Brimhall is a citizen of the State of California, County of Orange.  Defendant
21 has, through counsel, asserted or threatened to assert claims against Plaintiffs based
22 upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

23      70.     Plaintiffs are informed and believe and thereon allege that Defendant
24 Michelle Brimhall is a citizen of the State of California.  Defendant has, through
25 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
26 October 1, 2017, shooting incident in Las Vegas, Nevada.

27      71.     Plaintiffs are informed and believe and thereon allege that Defendant
28 Sylvia Lynn Brooks is a citizen of the State of California.  Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

72.     Plaintiffs are informed and believe and thereon allege that Defendant Laquana Brown is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

73.     Plaintiffs are informed and believe and thereon allege that Defendant Tara Burfield is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

74.     Plaintiffs are informed and believe and thereon allege that Defendant Alexis Cady is a citizen of the State of California, County of Orange.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

75.     Plaintiffs are informed and believe and thereon allege that Defendant Matthew Cady is a citizen of the State of California, County of Orange.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

76.     Plaintiffs are informed and believe and thereon allege that Defendant Hunter Calef is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

77.     Plaintiffs are informed and believe and thereon allege that Defendant Leticia Cannon is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

78.     Plaintiffs are informed and believe and thereon allege that Defendant Shanna Caputo is a citizen of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3        79.    Plaintiffs are informed and believe and thereon allege that Defendant
4  Shamina Carpenter is a citizen of the State of California, County of Los Angeles.
5  Defendant has, through counsel, asserted or threatened to assert claims against
6  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

7        80.    Plaintiffs are informed and believe and thereon allege that Defendant
8  Pearlina Carter is a citizen of the State of California, County of Los Angeles.
9  Defendant has, through counsel, asserted or threatened to assert claims against
10  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

11        81.    Plaintiffs are informed and believe and thereon allege that Defendant
12  Constantino Cerrano is a citizen of the State of California.  Defendant has, through
13  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
14  October 1, 2017, shooting incident in Las Vegas, Nevada.

15        82.    Plaintiffs are informed and believe and thereon allege that Defendant
16  Tiffany Charan is a citizen of the State of California, County of Los Angeles.
17  Defendant has, through counsel, asserted or threatened to assert claims against
18  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

19        83.    Plaintiffs are informed and believe and thereon allege that Defendant
20  Daniel Chlebowski is a citizen of the State of California.  Defendant has, through
21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23        84.    Plaintiffs are informed and believe and thereon allege that Defendant
24  Randall Christensen is a citizen of the State of California, County of Orange.
25  Defendant has, through counsel, asserted or threatened to assert claims against
26  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

27        85.    Plaintiffs are informed and believe and thereon allege that Defendant
28  Felicity Clark is a citizen of the State of California.  Defendant has, through counsel,

asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

86.     Plaintiffs are informed and believe and thereon allege that Defendant Kelvin H. Coachman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

87.     Plaintiffs are informed and believe and thereon allege that Defendant Danette Colasin is a citizen of the State of California, County of San Diego. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

88.     Plaintiffs are informed and believe and thereon allege that Defendant Ashley Jordan Corum is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

89.     Plaintiffs are informed and believe and thereon allege that Defendant Flosieta Ann Davis is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

90.     Plaintiffs are informed and believe and thereon allege that Defendant Patrese Davis is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

91.     Plaintiffs are informed and believe and thereon allege that Defendant Michael Delcid is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

92.     Plaintiffs are informed and believe and thereon allege that Defendant Hailey Dequillettes is a citizen of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3       93.     Plaintiffs are informed and believe and thereon allege that Defendant
4  James Raymond Devoll is a citizen of the State of California, County of Los
5  Angeles.  Defendant has, through counsel, asserted or threatened to assert claims
6  against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas,
7  Nevada.

8       94.     Plaintiffs are informed and believe and thereon allege that Defendant
9  Lisa DiRado-Moreno is a citizen of the State of California, County of Orange.
10  Defendant has, through counsel, asserted or threatened to assert claims against
11  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

12       95.     Plaintiffs are informed and believe and thereon allege that Defendant
13  Sierra M. Donnelly is a citizen of the State of California.  Defendant has, through
14  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
15  October 1, 2017, shooting incident in Las Vegas, Nevada.

16       96.     Plaintiffs are informed and believe and thereon allege that Defendant
17  Glenn J. Dormer is a citizen of the State of California, County of Ventura.
18  Defendant has, through counsel, asserted or threatened to assert claims against
19  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

20       97.     Plaintiffs are informed and believe and thereon allege that Defendant
21  Kimberly A. Downes is a citizen of the State of California.  Defendant has, through
22  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
23  October 1, 2017, shooting incident in Las Vegas, Nevada.

24       98.     Plaintiffs are informed and believe and thereon allege that Defendant
25  Duane Dubbs III is a citizen of the State of California.  Defendant has, through
26  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
27  October 1, 2017, shooting incident in Las Vegas, Nevada.

28

99.    Plaintiffs are informed and believe and thereon allege that Defendant Claro Duque is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

100.    Plaintiffs are informed and believe and thereon allege that Defendant Myron Dye is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

101.    Plaintiffs are informed and believe and thereon allege that Defendant Timothy Echavarria is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

102.    Plaintiffs are informed and believe, and thereon allege, that defendant Jessica Edmondson is a citizen of the State of California. Defendant has previously filed a lawsuit (which was subsequently dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit Staples, et al. v. MGM Resorts Int'l, et al., filed November 20, 2017 in the Los Angeles Super. Ct. (Central District), case number BC684142, Plaintiffs are informed and believe that Defendant is a citizen of the State of California.

103.    Plaintiffs are informed and believe and thereon allege that Defendant La Star Edwards is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

104.    Plaintiffs are informed and believe and thereon allege that Defendant Lorena Esquibel is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

105.   Plaintiffs are informed and believe and thereon allege that Defendant Keanu Edward Estrada is a citizen of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

106.   Plaintiffs are informed and believe and thereon allege that Defendant Roy Euwing is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

107.   Plaintiffs are informed and believe and thereon allege that Defendant Evan Feinberg is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

108.   Plaintiffs are informed and believe and thereon allege that Defendant Keliah Fell is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

109.   Plaintiffs are informed and believe and thereon allege that Defendant Laurianna Jayne Fenwick is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

110.   Plaintiffs are informed and believe and thereon allege that Defendant Nitisha Ferguson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

111.   Plaintiffs are informed and believe and thereon allege that Defendant Nancy L. Feyma is a citizen of the State of California.  Defendant has, through

-17-

COMPLAINT FOR DECLARATORY RELIEF

1 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2 October 1, 2017, shooting incident in Las Vegas, Nevada.

3      112.   Plaintiffs are informed and believe and thereon allege that Defendant

4 Craig Fine is a citizen of the State of California.  Defendant has, through counsel,

5 asserted or threatened to assert claims against Plaintiffs based upon the October 1,

6 2017, shooting incident in Las Vegas, Nevada.

7      113.   Plaintiffs are informed and believe and thereon allege that Defendant

8 Lisa Fine is a citizen of the State of California.  Defendant has, through counsel,

9 asserted or threatened to assert claims against Plaintiffs based upon the October 1,

10 2017, shooting incident in Las Vegas, Nevada.

11      114.   Plaintiffs are informed and believe and thereon allege that Defendant

12 Melanie Leanne Fish is a citizen of the State of California.  Defendant has, through

13 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14 October 1, 2017, shooting incident in Las Vegas, Nevada.

15      115.   Plaintiffs are informed and believe and thereon allege that Defendant

16 Dave Floen is a citizen of the State of California.  Defendant has, through counsel,

17 asserted or threatened to assert claims against Plaintiffs based upon the October 1,

18 2017, shooting incident in Las Vegas, Nevada.

19      116.   Plaintiffs are informed and believe and thereon allege that Defendant

20 David Fluker is a citizen of the State of California.  Defendant has, through counsel,

21 asserted or threatened to assert claims against Plaintiffs based upon the October 1,

22 2017, shooting incident in Las Vegas, Nevada.

23      117.   Plaintiffs are informed and believe and thereon allege that Defendant

24 Sharvonne Folmar is a citizen of the State of California.  Defendant has, through

25 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26 October 1, 2017, shooting incident in Las Vegas, Nevada.

27      118.   Plaintiffs are informed and believe and thereon allege that Defendant

28 Jazelle Frelo is a citizen of the State of California.  Defendant has, through counsel,

1   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

2   2017, shooting incident in Las Vegas, Nevada.

3       119.   Plaintiffs are informed and believe and thereon allege that Defendant

4   Derrick Gagliardi is a citizen of the State of California.  Defendant has, through

5   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6   October 1, 2017, shooting incident in Las Vegas, Nevada.

7       120.   Plaintiffs are informed and believe and thereon allege that Defendant

8   Iyana Gaines is a citizen of the State of California.  Defendant has, through counsel,

9   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

10  2017, shooting incident in Las Vegas, Nevada.

11      121.   Plaintiffs are informed and believe and thereon allege that Defendant

12  Inessa Galagan is a citizen of the State of California.  Defendant has, through

13  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14  October 1, 2017, shooting incident in Las Vegas, Nevada.

15      122.   Plaintiffs are informed and believe and thereon allege that Defendant

16  Oleg Galagan is a citizen of the State of California.  Defendant has, through counsel,

17  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

18  2017, shooting incident in Las Vegas, Nevada.

19      123.   Plaintiffs are informed and believe and thereon allege that Defendant

20  Cecilia Gallegos is a citizen of the State of California.  Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23      124.   Plaintiffs are informed and believe and thereon allege that Defendant

24  Rosemary Garcia is a citizen of the State of California.  Defendant has, through

25  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26  October 1, 2017, shooting incident in Las Vegas, Nevada.

27      125.   Plaintiffs are informed and believe and thereon allege that Defendant

28  Norma Garcia-Felix is a citizen of the State of California.  Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

126.   Plaintiffs are informed and believe and thereon allege that Defendant James Michael Garland is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

127.   Plaintiffs are informed and believe and thereon allege that Defendant Christy R. Garza is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

128.   Plaintiffs are informed and believe and thereon allege that Defendant Trevor Anthony Garza is a citizen of the State of California, County of Riverside. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

129.   Plaintiffs are informed and believe and thereon allege that Defendant Vernell Gibson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

130.   Plaintiffs are informed and believe and thereon allege that Defendant Damon Gipson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

131.   Plaintiffs are informed and believe and thereon allege that Defendant Shaneca Goldman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

132.   Plaintiffs are informed and believe and thereon allege that Defendant Debbie Ann Duran Gomez is a citizen of the State of California, County of Los

Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

133.   Plaintiffs are informed and believe and thereon allege that Defendant Pamela Gomez is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

134.   Plaintiffs are informed and believe and thereon allege that Defendant Brittany Good is a citizen of the State of California, County of San Diego. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

135.   Plaintiffs are informed and believe and thereon allege that Defendant Margretta Graham is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

136.   Plaintiffs are informed and believe and thereon allege that Defendant Keyatra Grant is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

137.   Plaintiffs are informed and believe and thereon allege that Defendant David J. Grijalba Jr. is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

138.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Grimshaw is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

139.   Plaintiffs are informed and believe, and thereon allege, that defendant Ashlie Guerrero is a citizen of the State of California. Defendant has previously filed a lawsuit (which was subsequently dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit Spencer, et al. v. MGM Resorts Int'l, et al., filed October 17, 2017 in the Los Angeles Super. Ct. (Central District), case number BC680065, Plaintiffs are informed and believe that Defendant is a citizen of the State of California.

140.   Plaintiffs are informed and believe and thereon allege that Defendant Jon C. Gurule is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

141.   Plaintiffs are informed and believe and thereon allege that Defendant April L. Hagen is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

142.   Plaintiffs are informed and believe and thereon allege that Defendant Hiram Hairston is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

143.   Plaintiffs are informed and believe and thereon allege that Defendant Frank L. Hammersley is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

144.   Plaintiffs are informed and believe and thereon allege that Defendant Brandy Harmon is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

145.   Plaintiffs are informed and believe and thereon allege that Defendant Amy Harrick is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

146.   Plaintiffs are informed and believe and thereon allege that Defendant Nikita Harris is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

147.   Plaintiffs are informed and believe and thereon allege that Defendant Tammy Lynn Hayden is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

148.   Plaintiffs are informed and believe and thereon allege that Defendant Jeremy Scott Hicks is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

149.   Plaintiffs are informed and believe and thereon allege that Defendant Jerralynn Hicks is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

150.   Plaintiffs are informed and believe and thereon allege that Defendant Kelly Jo Hiebert is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

151.   Plaintiffs are informed and believe and thereon allege that Defendant Albert Higgins Jr. is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

152.   Plaintiffs are informed and believe and thereon allege that Defendant Albert Higgins Sr. is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

153.   Plaintiffs are informed and believe and thereon allege that Defendant Deborah Higgins is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

154.   Plaintiffs are informed and believe and thereon allege that Defendant Gary Hightower is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

155.   Plaintiffs are informed and believe and thereon allege that Defendant Taylor L. Hill is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

156.   Plaintiffs are informed and believe and thereon allege that Defendant Teresa DeLeon Hill is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

157.   Plaintiffs are informed and believe and thereon allege that Defendant Kendall Hobbs is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

158.   Plaintiffs are informed and believe and thereon allege that Defendant Steve Hoffmaster is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-24-

159.   Plaintiffs are informed and believe and thereon allege that Defendant Bradley Hoffrichter is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

160.   Plaintiffs are informed and believe and thereon allege that Defendant Jeffrey R. Holden is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

161.   Plaintiffs are informed and believe and thereon allege that Defendant April Hopwood is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

162.   Plaintiffs are informed and believe and thereon allege that Defendant Aliyah Howard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

163.   Plaintiffs are informed and believe and thereon allege that Defendant Cheri Lynn Howard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

164.   Plaintiffs are informed and believe and thereon allege that Defendant Khalfani Howard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

165.   Plaintiffs are informed and believe and thereon allege that Defendant Myesha Howard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

166.   Plaintiffs are informed and believe and thereon allege that Defendant Zerondrick Hubbard is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

167.   Plaintiffs are informed and believe and thereon allege that Defendant Jonathan Dundee Hutchinson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

168.   Plaintiffs are informed and believe and thereon allege that Defendant Sumoyyah Irving is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

169.   Plaintiffs are informed and believe and thereon allege that Defendant Keri James is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

170.   Plaintiffs are informed and believe and thereon allege that Defendant Namari January is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

171.   Plaintiffs are informed and believe and thereon allege that Defendant Vivek Jayaraman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

172.   Plaintiffs are informed and believe and thereon allege that Defendant Leviticus E. Johnson is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

173.   Plaintiffs are informed and believe and thereon allege that Defendant Sammiesha Johnson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

174.   Plaintiffs are informed and believe and thereon allege that Defendant Tabia J. Johnson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

175.   Plaintiffs are informed and believe and thereon allege that Defendant Nkosi S. Johnson-Kimber is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

176.   Plaintiffs are informed and believe and thereon allege that Defendant Grace Kajimura is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

177.   Plaintiffs are informed and believe and thereon allege that Defendant Mykenzie Ke'alohilani is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

178.   Plaintiffs are informed and believe and thereon allege that Defendant Brenden C. Kimber is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

179.   Plaintiffs are informed and believe and thereon allege that Defendant Daniel D. Knight is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

180.   Plaintiffs are informed and believe and thereon allege that Defendant Asmik Kotoyan is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

181.   Plaintiffs are informed and believe and thereon allege that Defendant Anne B. Krieghoff is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

182.   Plaintiffs are informed and believe and thereon allege that Defendant Edwin Lanier is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

183.   Plaintiffs are informed and believe and thereon allege that Defendant Wendy Lynn Lazio is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

184.   Plaintiffs are informed and believe and thereon allege that Defendant Pamela A. Lekavich is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

185.   Plaintiffs are informed and believe and thereon allege that Defendant Coryne Lippert is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

186.   Plaintiffs are informed and believe and thereon allege that Defendant Brent Gregory Little is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

187.   Plaintiffs are informed and believe and thereon allege that Defendant Michelle N. Little is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

188.   Plaintiffs are informed and believe and thereon allege that Defendant Valarie Lofton is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

189.   Plaintiffs are informed and believe and thereon allege that Defendant Hannah Logan is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

190.   Plaintiffs are informed and believe and thereon allege that Defendant Philip Loncar is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

191.   Plaintiffs are informed and believe and thereon allege that Defendant Ricardo Lopez is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

192.   Plaintiffs are informed and believe and thereon allege that Defendant Greg Loring is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

193.   Plaintiffs are informed and believe and thereon allege that Defendant Courtney Lowe is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

194.   Plaintiffs are informed and believe and thereon allege that Defendant Daniel Luckadue is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

195.   Plaintiffs are informed and believe and thereon allege that Defendant Kimberly MacArthur is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

196.   Plaintiffs are informed and believe and thereon allege that Defendant Daisy Madrigal is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

197.   Plaintiffs are informed and believe and thereon allege that Defendant Brooke Magorien is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

198.   Plaintiffs are informed and believe and thereon allege that Defendant Vanessa Mallory is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

199.   Plaintiffs are informed and believe and thereon allege that Defendant Kaitlin Manahan is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

200.   Plaintiffs are informed and believe and thereon allege that Defendant Gregory L. Manis is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

201.   Plaintiffs are informed and believe and thereon allege that Defendant Laurie L. Manis is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

202.   Plaintiffs are informed and believe and thereon allege that Defendant Connie Manning is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

203.   Plaintiffs are informed and believe and thereon allege that Defendant Wilfredo Maquindang is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

204.   Plaintiffs are informed and believe and thereon allege that Defendant Austin Marcus is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

205.   Plaintiffs are informed and believe and thereon allege that Defendant Christopher Alan Marsh is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

206.   Plaintiffs are informed and believe and thereon allege that Defendant Zaqoia Marshall is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

207.   Plaintiffs are informed and believe and thereon allege that Defendant Dustin Mascaro is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

208.   Plaintiffs are informed and believe and thereon allege that Defendant Bryan Matthews is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

209.   Plaintiffs are informed and believe and thereon allege that Defendant Jathan Matthews is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

210.   Plaintiffs are informed and believe and thereon allege that Defendant Tanika Matthews is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

211.   Plaintiffs are informed and believe and thereon allege that Defendant Holly L. Mayes is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

212.   Plaintiffs are informed and believe and thereon allege that Defendant Courtney N. Mayo is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

213.   Plaintiffs are informed and believe and thereon allege that Defendant Anthony Mayshack is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

214.   Plaintiffs are informed and believe and thereon allege that Defendant Theresa Mayshack is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

215.   Plaintiffs are informed and believe and thereon allege that Defendant Anthony Thomas McBride is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

216.   Plaintiffs are informed and believe and thereon allege that Defendant Tiffany McCellan is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

217.   Plaintiffs are informed and believe and thereon allege that Defendant Michael McClain is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

218.   Plaintiffs are informed and believe and thereon allege that Defendant Tanya McClain is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

219.   Plaintiffs are informed and believe and thereon allege that Defendant Robin McCormick is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

220.   Plaintiffs are informed and believe and thereon allege that Defendant Sundae McDowell is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

221.   Plaintiffs are informed and believe and thereon allege that Defendant Lori Anne McElroy is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

222.   Plaintiffs are informed and believe and thereon allege that Defendant Lexi Ann McIntosh is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

223.   Plaintiffs are informed and believe and thereon allege that Defendant Damien McIntyre is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

224.   Plaintiffs are informed and believe and thereon allege that Defendant Shauna McKenzie is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

225.   Plaintiffs are informed and believe and thereon allege that Defendant Jason McMillian is a citizen of the State of California, County of Riverside. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

226.   Plaintiffs are informed and believe and thereon allege that Defendant Elizabeth McNeil is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

227.   Plaintiffs are informed and believe and thereon allege that Defendant Christina Melgoza is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

228.   Plaintiffs are informed and believe and thereon allege that Defendant Megan S. Meredith is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

229.   Plaintiffs are informed and believe and thereon allege that Defendant Sadat Merriwether is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

230.   Plaintiffs are informed and believe and thereon allege that Defendant Christiann Meyer is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

231.   Plaintiffs are informed and believe and thereon allege that Defendant Erenia Mijangos is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

232.   Plaintiffs are informed and believe and thereon allege that Defendant Rita Mims is a citizen of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

233.   Plaintiffs are informed and believe and thereon allege that Defendant Ashley Nicole Mireles is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

234.   Plaintiffs are informed and believe and thereon allege that Defendant Heather Chiyeko Miyakawa is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

235.   Plaintiffs are informed and believe and thereon allege that Defendant Morgan Moeller is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

236.   Plaintiffs are informed and believe and thereon allege that Defendant Lilianna Molina is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

237.   Plaintiffs are informed and believe and thereon allege that Defendant Antoinette Moore is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

238.   Plaintiffs are informed and believe and thereon allege that Defendant Amelia B. Morales is a citizen of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

239.   Plaintiffs are informed and believe and thereon allege that Defendant Evelyne Annette Morris is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

240.   Plaintiffs are informed and believe and thereon allege that Defendant Patricia Murillo is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

241.   Plaintiffs are informed and believe and thereon allege that Defendant Riley S. Murray is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

242.   Plaintiffs are informed and believe and thereon allege that Defendant Krystal K. Nash is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

243.   Plaintiffs are informed and believe and thereon allege that Defendant Summer Neria is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

244.   Plaintiffs are informed and believe and thereon allege that Defendant Coral Nettles is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

245.   Plaintiffs are informed and believe and thereon allege that Defendant Roberta B. Newton is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

246.   Plaintiffs are informed and believe and thereon allege that Defendant Grace Nicassio is a citizen of the State of California, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

247.   Plaintiffs are informed and believe and thereon allege that Defendant Eric J. Nobriga Sr. is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

248.   Plaintiffs are informed and believe and thereon allege that Defendant Linda Nooner is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

249.   Plaintiffs are informed and believe and thereon allege that Defendant David Norman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

250.    Plaintiffs are informed and believe and thereon allege that Defendant Michael Ogazon is a citizen of the State of California, County of San Diego. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

251.    Plaintiffs are informed and believe and thereon allege that Defendant Tiffany Okum is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

252.    Plaintiffs are informed and believe and thereon allege that Defendant Ila Oldham is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

253.    Plaintiffs are informed and believe and thereon allege that Defendant Isaac Xavier Orozco is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

254.    Plaintiffs are informed and believe and thereon allege that Defendant Daniel Paiz is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

255.    Plaintiffs are informed and believe and thereon allege that Defendant Louella Abad Parga is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

256.    Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Payton is a citizen of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

257.   Plaintiffs are informed and believe and thereon allege that Defendant Masoud Pazouki is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

258.   Plaintiffs are informed and believe and thereon allege that Defendant Joshua Lorenzo Perez is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

259.   Plaintiffs are informed and believe and thereon allege that Defendant John Anthony Perico is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

260.   Plaintiffs are informed and believe and thereon allege that Defendant Laterrius D. Peters is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

261.   Plaintiffs are informed and believe and thereon allege that Defendant Kathleen Jo Peterson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

262.   Plaintiffs are informed and believe and thereon allege that Defendant Terrie Pettway is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

263.   Plaintiffs are informed and believe and thereon allege that Defendant Rosemary Phillips is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

264.   Plaintiffs are informed and believe and thereon allege that Defendant Leonel M. Plata Jr. is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

265.   Plaintiffs are informed and believe and thereon allege that Defendant Jim Plummer is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

266.   Plaintiffs are informed and believe and thereon allege that Defendant Erica Susan Poppen is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

267.   Plaintiffs are informed and believe and thereon allege that Defendant Joe M. Quinteros is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

268.   Plaintiffs are informed and believe and thereon allege that Defendant Vorn Seal Radcliffe is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

269.   Plaintiffs are informed and believe and thereon allege that Defendant Suelema Ramos is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

270.   Plaintiffs are informed and believe and thereon allege that Defendant Myra Randle is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

271.   Plaintiffs are informed and believe and thereon allege that Defendant Collearen Randolph is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

272.   Plaintiffs are informed and believe and thereon allege that Defendant Graciela Rebollar is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

273.   Plaintiffs are informed and believe and thereon allege that Defendant Alala Reed is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

274.   Plaintiffs are informed and believe and thereon allege that Defendant Eric J. Regnier is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

275.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Thomas Reichard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

276.   Plaintiffs are informed and believe and thereon allege that Defendant Debra Reliford is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

277.   Plaintiffs are informed and believe and thereon allege that Defendant Gaila Requena is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-41-

278.   Plaintiffs are informed and believe and thereon allege that Defendant Bradley Resnick is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

279.   Plaintiffs are informed and believe and thereon allege that Defendant Steven Resnick is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

280.   Plaintiffs are informed and believe and thereon allege that Defendant Shelonda Rhodes is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

281.   Plaintiffs are informed and believe and thereon allege that Defendant Nelisha Richard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

282.   Plaintiffs are informed and believe and thereon allege that Defendant Tristina Richards is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

283.   Plaintiffs are informed and believe and thereon allege that Defendant Shannon Lynn Rimmer is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

284.   Plaintiffs are informed and believe and thereon allege that Defendant Jaycee V. Ringle is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

285.   Plaintiffs are informed and believe and thereon allege that Defendant Levelle Rivers is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

286.   Plaintiffs are informed and believe and thereon allege that Defendant Rachel Roach is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

287.   Plaintiffs are informed and believe and thereon allege that Defendant Amoreya Rollins is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

288.   Plaintiffs are informed and believe and thereon allege that Defendant Felisha Roman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

289.   Plaintiffs are informed and believe and thereon allege that Defendant Rudolph Roquemore is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

290.   Plaintiffs are informed and believe and thereon allege that Defendant Britney Salas is a citizen of the State of California, County of Orange.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

291.   Plaintiffs are informed and believe and thereon allege that Defendant Nedal Salman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

292.    Plaintiffs are informed and believe, and thereon allege, that defendant Michael Sambrano is a citizen of the State of California. Defendant has previously filed a lawsuit (which was subsequently dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit Spencer, et al. v. MGM Resorts Int'l, et al., filed October 17, 2017 in the Los Angeles Super. Ct. (Central District), case number BC680065, Plaintiffs are informed and believe that Defendant is a citizen of the State of California.

293.    Plaintiffs are informed and believe and thereon allege that Defendant Jeff Sandwell is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

294.    Plaintiffs are informed and believe and thereon allege that Defendant Holly E. Santino is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

295.    Plaintiffs are informed and believe and thereon allege that Defendant Jito Scales is a citizen of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

296.    Plaintiffs are informed and believe and thereon allege that Defendant Ryan Thomas Schoenborn is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

297.    Plaintiffs are informed and believe and thereon allege that Defendant Kishawna Scott is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

298.   Plaintiffs are informed and believe and thereon allege that Defendant Peejman Shadalo is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

299.   Plaintiffs are informed and believe and thereon allege that Defendant Amir Shaterian is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

300.   Plaintiffs are informed and believe and thereon allege that Defendant William Shearer is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

301.   Plaintiffs are informed and believe and thereon allege that Defendant Ebony Sholes is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

302.   Plaintiffs are informed and believe and thereon allege that Defendant Dorothy Sigala is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

303.   Plaintiffs are informed and believe and thereon allege that Defendant Rhasaan Simmons is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

304.   Plaintiffs are informed and believe and thereon allege that Defendant James Lee Skinner Jr. is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

305.   Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Ann Smith is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

306.   Plaintiffs are informed and believe and thereon allege that Defendant Raekwon Smith is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

307.   Plaintiffs are informed and believe and thereon allege that Defendant Dolores M. Solano is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

308.   Plaintiffs are informed and believe and thereon allege that Defendant Reylene D. Soto is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

309.   Plaintiffs are informed and believe and thereon allege that Defendant Jerry J. Speraw is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

310.   Plaintiffs are informed and believe and thereon allege that Defendant Leticia Marie Staggs is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

311.   Plaintiffs are informed and believe and thereon allege that Defendant Traivona Stapleton is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

312.   Plaintiffs are informed and believe and thereon allege that Defendant Joshaway Stevens is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

313.   Plaintiffs are informed and believe and thereon allege that Defendant Melinda Stilwell is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

314.   Plaintiffs are informed and believe and thereon allege that Defendant Jacob Stoddard is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

315.   Plaintiffs are informed and believe and thereon allege that Defendant JoAnn Stoudemire is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

316.   Plaintiffs are informed and believe and thereon allege that Defendant Todd Sudakoff is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

317.   Plaintiffs are informed and believe and thereon allege that Defendant Abraham Tanielian is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

318.   Plaintiffs are informed and believe and thereon allege that Defendant Sandy Tatelman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

319.   Plaintiffs are informed and believe and thereon allege that Defendant Kyle D. Taylor is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

320.   Plaintiffs are informed and believe and thereon allege that Defendant Shauntay Taylor is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

321.   Plaintiffs are informed and believe and thereon allege that Defendant Albernisha Thomas is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

322.   Plaintiffs are informed and believe and thereon allege that Defendant Darralyn Thompson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

323.   Plaintiffs are informed and believe and thereon allege that Defendant Juanita Toliver is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

324.   Plaintiffs are informed and believe and thereon allege that Defendant Brenda Topete is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

325.   Plaintiffs are informed and believe and thereon allege that Defendant Leotis Tramble is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

326.   Plaintiffs are informed and believe and thereon allege that Defendant Demetrius Trammel is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

327.   Plaintiffs are informed and believe and thereon allege that Defendant Emily Ann Trematerra is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

328.   Plaintiffs are informed and believe and thereon allege that Defendant Jaja Triplett is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

329.   Plaintiffs are informed and believe and thereon allege that Defendant Edward Trovato is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

330.   Plaintiffs are informed and believe and thereon allege that Defendant Artrice Turner is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

331.   Plaintiffs are informed and believe and thereon allege that Defendant Lekecia Turner is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

332.   Plaintiffs are informed and believe and thereon allege that Defendant Joel Twycross is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

333.   Plaintiffs are informed and believe and thereon allege that Defendant Jose Uriarte is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

334.   Plaintiffs are informed and believe and thereon allege that Defendant Sandra Valenzuela-Norris is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

335.   Plaintiffs are informed and believe and thereon allege that Defendant Amber Van Voorhis is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

336.   Plaintiffs are informed and believe and thereon allege that Defendant Amanda Vandecar is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

337.   Plaintiffs are informed and believe, and thereon allege, that defendant Cindy VanDyke is a citizen of the State of California. Defendant has previously filed a lawsuit (which was subsequently dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit Spencer, et al. v. MGM Resorts Int'l, et al., filed October 17, 2017 in the Los Angeles Super. Ct. (Central District), case number BC680065, Plaintiffs are informed and believe that Defendant is a citizen of the State of California.

338.   Plaintiffs are informed and believe and thereon allege that Defendant Darline Varnsladson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-50-

339.   Plaintiffs are informed and believe and thereon allege that Defendant Sandra Venables is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

340.   Plaintiffs are informed and believe and thereon allege that Defendant Margaret Ventresca is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

341.   Plaintiffs are informed and believe and thereon allege that Defendant Sandra Villalba is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

342.   Plaintiffs are informed and believe and thereon allege that Defendant Israel Samuel Villalobos is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

343.   Plaintiffs are informed and believe and thereon allege that Defendant Morgan B. Virus is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

344.   Plaintiffs are informed and believe and thereon allege that Defendant Jasmine Waddles is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

345.   Plaintiffs are informed and believe and thereon allege that Defendant Mariama Amina Walker is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

346.   Plaintiffs are informed and believe and thereon allege that Defendant Mioshi Wallace is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

347.   Plaintiffs are informed and believe and thereon allege that Defendant Quentin Waller is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

348.   Plaintiffs are informed and believe and thereon allege that Defendant Stella Walz is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

349.   Plaintiffs are informed and believe and thereon allege that Defendant Alice Ware is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

350.   Plaintiffs are informed and believe and thereon allege that Defendant Gerard Washack is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

351.   Plaintiffs are informed and believe and thereon allege that Defendant Deneica Watkins is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

352.   Plaintiffs are informed and believe and thereon allege that Defendant Zahra Watkins is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

353.   Plaintiffs are informed and believe and thereon allege that Defendant Montee White is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

354.   Plaintiffs are informed and believe and thereon allege that Defendant Venetia White is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

355.   Plaintiffs are informed and believe and thereon allege that Defendant Andra C. Williams is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

356.   Plaintiffs are informed and believe and thereon allege that Defendant Brandi Williams is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

357.   Plaintiffs are informed and believe and thereon allege that Defendant Nanita Williams is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

358.   Plaintiffs are informed and believe and thereon allege that Defendant Zabrina Wilson is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

359.   Plaintiffs are informed and believe and thereon allege that Defendant Taylor Winston is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

360.   Plaintiffs are informed and believe and thereon allege that Defendant Courtney Nicole Winters is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

361.   Plaintiffs are informed and believe and thereon allege that Defendant Charles V. Wynn is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

362.   Plaintiffs are informed and believe and thereon allege that Defendant Kelly Yeakel is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

363.   Plaintiffs are informed and believe and thereon allege that Defendant Lori A. Young is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

364.   Plaintiffs are informed and believe and thereon allege that Defendant Aaron Zackery is a citizen of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

365.   Plaintiffs are informed and believe and thereon allege that Defendant Erik Zaluske is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

366.   Plaintiffs are informed and believe and thereon allege that Defendant Troy O Zeeman is a citizen of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

1

## JURISDICTION AND VENUE

2      367.   This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331

3   and 6 U.S.C. §442(a).  As alleged hereinabove, the SAFETY Act expressly provides

4   for original and exclusive federal jurisdiction over actions arising from or relating to

5   acts of mass violence where technologies or services certified by the Secretary of

6   Homeland Security were deployed.  At the time of Paddock's mass attack at the

7   Route 91 concert, security services were provided by Contemporary Services

8   Corporation as the Security Vendor for the Route 91 Harvest Festival.  CSC's

9   security services were certified by the Secretary of Homeland Security under the

10   SAFETY Act.

11      368.   In addition, the Court has subject-matter jurisdiction pursuant to 28

12   U.S.C. § 1332 in that Plaintiffs (by virtue of their incorporation and principal places

13   of business) are citizens of the States of Delaware and Nevada; Defendants are

14   citizens of the State of California; and as to some Defendants, the matter in

15   controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C.

16   § 1332(a). As to Defendants whose claims individually do not meet the amount-in-

17   controversy threshold of 28 U.S.C. § 1332(a), this Court has supplemental

18   jurisdiction over such claims under 28 U.S.C. § 1367 because those claims are so

19   related to claims of parties whose claims do meet the amount-in-controversy

20   threshold of 28 U.S.C. § 1332(a) that they form part of the same case of controversy

21   under Article III of the United States Constitution, because all claims arise out of the

22   same occurrence, viz., the mass attack perpetrated by Stephen Paddock at the Route

23   91 Harvest Festival in Las Vegas on October 1, 2017.

24      369.   This Court has personal jurisdiction over defendants because they are

25   residents of the State of California and are therefore subject to the general personal

26   jurisdiction of this Court.

27

28

370.   Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)(1) because one or more of the Defendants are known to reside, or upon information and belief, do reside, within this Judicial District.

## FIRST CAUSE OF ACTION FOR DECLATORY RELIEF

### (By Plaintiffs against all Defendants)

371.   Plaintiffs reallege and incorporate by reference, as though fully set forth, the allegations of paragraphs 1-370, above.

372.   Following Paddock's mass attack on the concert, over 2,500 individuals have either sued the MGM Parties, or threatened to sue the MGM Parties, for claims alleged to arise from or relate to Paddock's attack.  Several hundred individuals filed suit, and before the issues could be joined or resolved, they dismissed their claims, apparently with the intent of refiling.

373.   Each Defendant either (a) has previously filed suit (and then dismissed it) against one or more of the MGM Parties relating to the Paddock attack, or (b) through counsel has stated an intention to sue the MGM Parties relating to the attack.  There is no pending litigation between Plaintiffs and Defendants relating to the attack.

374.   The claims alleged in the now-dismissed lawsuits include claims of alleged negligence by the MGM Parties and others, including CSC, in protecting and safeguarding persons including those Defendants who attended the Route 91 Festival.

375.   Defendants' actual and threatened lawsuits implicate the services provided by CSC because they implicate security at the concert, including training, emergency response, evacuation and adequacy of egress.

376.   These claims are subject to the SAFETY Act, because (a) they arise from and relate to an act of mass violence meeting the statutory requirements; (b) CSC provided security at the concert, deploying services certified by the Department of Homeland Security under the SAFETY Act to protect against or

1  respond to such an attack; and (c) the claims may therefore result in loss to CSC as

2  the "Seller" of such certified services.

3      377.   The claims threatened against the MGM Parties by certain Defendants,

4  through counsel, also inevitably fall under the SAFETY Act for the very same

5  reasons:  (a) they arise from and relate to an act of mass violence meeting the

6  statutory requirements; (b) CSC provided security at the concert, deploying services

7  certified by the Department of Homeland Security under the SAFETY Act to protect

8  against or respond to such an attack; and (c) the claims may therefore result in loss

9  to CSC as the "Seller" of such certified services. If Defendants were injured by

10  Paddock's assault, as they allege, they were inevitably injured both because

11  Paddock fired from his window *and* because they remained in the line of fire at the

12  concert. Such claims inevitably implicate security at the concert—and may result in

13  loss to CSC.

14      378.   The SAFETY Act applies to claims "arising out of, relating to, or

15  resulting from an act of terrorism."

16      379.   The SAFETY Act defines an act of terrorism:  An act meets the

17  requirements if the act is (i) "unlawful" (ii) "causes harm to a person … in the

18  United States," and (iii) "uses or attempts to use … weapons … designed or

19  intended to cause mass … injury."  6 U.S.C. § 444(2)(B).  There is no requirement

20  in the statute or regulations of an ideological motive or objective for the attack for it

21  to meet the requirements of the SAFETY Act.

22      380.   Paddock's mass attack satisfies the requirements of the SAFETY Act

23  and the regulations: (i) it was "unlawful," (ii) it resulted in death or injury to

24  hundreds of persons in the United States, and (iii) it involved weapons and other

25  instrumentalities that were designed and intended to cause, and which in fact caused,

26  mass injury and death.  Those weapons and instrumentalities included rifles

27  modified with bump stocks to spray fully automatic gun fire; high-capacity

28  magazines capable of holding between 60 and 100 rounds; and illegal incendiary

rounds intended to blow up the fuel tanks adjacent to the concert.  Paddock used these weapons and instrumentalities to fire hundreds of rounds at the crowd, and he fired incendiary rounds which struck the fuel tanks but, fortunately, missed the fuel.

381.   The post-attack investigation revealed that Paddock brought in his van, which he parked in the hotel garage, 90 pounds of explosives, consisting of 20 two-pound containers of exploding targets, 10 one-pound containers of exploding targets and 2 twenty-pound bags of explosive precursors.

382.   No MGM Party attempted to commit, knowingly participated in, aided, abetted, committed, or participated in any conspiracy to commit any act of terrorism of criminal act related to mass attack perpetrated by Stephen Paddock at the Route 91 Harvest Festival in Las Vegas, Nevada, on October 1, 2017.

383.   The Secretary of Homeland Security may make a determination that conduct in question meets the statutory requirement, but neither the Act nor the regulations requires a formal certification. The Statute provides that the Secretary shall have exclusive authority to certify services, but the authority to determine whether an act of mass violence meets the statutory requirements is not exclusive to the Secretary.

384.   Public statements by the Secretary of Homeland Security concerning the attack make clear that the attack meets the requirements of the SAFETY Act; indeed, based on the plain language of the statute, the regulations, and the facts, no other determination could be possible.

385.   In congressional testimony on November 30, 2017, the Acting Secretary of Homeland Security noted the emphasis of "terrorists and other violent criminals … on attacking soft targets," including "recent tragedies in Nevada."  The Acting Secretary went on to note that the "SAFETY Act Program" "provide[s] critical incentives for the development and deployment of anti-terrorism technologies by providing liability protections for 'qualified anti-terrorism

technologies,'" which applies to a number of large sports and entertainment venues nationwide.

386.   In a May 2018 release, Department of Homeland Security noted that "mass shootings" in various places, including at a "concert," aim "to kill and maim unsuspecting individuals" and thereby fall within the Department's "primary mission" "to prevent terrorist attacks within the U.S, reduce the vulnerability of the U.S. to terrorism, and minimize the damage and assist in the recovery from terrorist attacks that do occur, including those in ST-CPs [soft-targets-crowded places]." Department of Homeland Security, *Soft Targets and Crowded Places Security Plan Overview*, May 2018, at page 2.  The report goes on to note that the protections of the SAFETY Act have been "approved for open venues such as sports arenas and stadia" – such as the venue for the Route 91 Festival. *Id*. at p. 17.

387.   The Department continues its critical work to prevent and respond to mass violence.  In Congressional testimony on May 15, 2018, the Secretary testified that DHS is "seeking to ramp up 'soft target' security efforts," noting that DHS programs "address threats to soft targets – including schools, *entertainment venues*, major events, and public spaces" (emphasis added).  Further, on June 4, 2018, DHS announced that it had "developed a ST-CP Security Enhancement and Coordination Plan," which has not been made public.  The plan addresses "the increased emphasis *by terrorists* and other extremist actors to leverage less sophisticated methods to inflict harm in public areas … such as parks, … *special event venues*, and similar facilities."  See https://www.dhs.gov/publication/securing-soft-targets-and-crowded-spaces (emphasis added).

388.   The SAFETY Act creates a single, exclusive federal cause of action for claims for injuries arising out of or relating to acts of mass violence where services certified by the Department of Homeland Security were deployed in defense against, response to, or recovery from such act and such claims result or may result in loss to the Seller.

389.   Pursuant to the SAFETY Act, the Department of Homeland Security has certified the services provided by CSC.  The DHS Certification recognizes CSC's security services as appropriate for preventing and responding to acts of mass violence.  6 U.S.C. § 441; *see also* 48 C.F.R. § 50.201.

390.   CSC's security services Certified by DHS include "Physical Security"; "Access Control"; and "Crowd Management."

391.   CSC's Certified Crowd Management Services include:

- "Awareness of venue-specific emergency response protocols and evacuation procedures to include emergency alert and mass-notification systems and sheltering procedures";

- "Pre-event venue / event safety inspections";

- "Facilitation of crowd movement during ingress, circulation, sheltering in place, emergency evacuations, and egress";

- "Pre-event coordination and multi-agency collaboration with public safety agencies";

- "Selection, vetting, and training of employees."

392.   As alleged above, CSC was employed as the Security Vendor for the Route 91 concert.  CSC's responsibilities at the Route 91 Harvest Festival included providing the following DHS Certified Services:

- "perimeter security, event access, festival grounds event security";

- "Staff[ing] inner perimeter and gates";

- "Protect[ing] against unauthorized access";

- "early warning … of perimeter breaches";

- "Secur[ing] internal festival grounds";

- "Patrol[ing] festival floor grounds and assist[ing] patrons with any security related issues";

- pre-event planning for "Security and Safety";

1 • "Emergency response" and "evacuation," including evacuation for

2 "terrorist threat" and "ensur[ing] that the exit routes and gates remain unobstructed."

3 393. For the reasons set forth above, the SAFETY Act creates an exclusive

4 cause of action for any claims arising out of relating to Paddock's mass attack and

5 such claims may result in loss to the Seller. Under the SAFETY Act, there "shall

6 exist only one cause of action for loss of property, personal injury, or death. 6

7 C.F.R. 25.7 (d).

8 394. Such cause of action "may be brought only against the Seller of the

9 Qualified Anti-Terrorism Technology and may not be brought against the buyers,

10 the buyer's contractors, or downstream users of the Technology, the Seller's

11 suppliers or contractors, or any other person or entity." 6 C.F.R. 25.7 (d). The

12 SAFETY Act precludes any liability on the part of Plaintiffs to Defendants relating

13 to Paddock's mass attack.

14 395. In addition, the SAFETY Act provides that for any covered claims

15 arising out of or relating to an act of mass violence where certified services were

16 provided, "the government contractor defense applies in such a lawsuit," which

17 provides a complete defense to liability. 6 U.S.C. 442(d)(1). The government

18 contractor defense precludes any finding of liability on the part of Plaintiffs to

19 Defendants relating to Paddock's mass attack.

20 396. An actual and justiciable controversy exists between Plaintiffs and

21 Defendants concerning the applicability of the SAFETY Act. Plaintiffs assert that

22 the SAFETY Act precludes any liability for any claims arising out of or relating to

23 Paddock's mass attack, whereas, on information and belief, Defendants deny that

24 the Act applies or that it precludes liability on their claims against Plaintiffs.

25 397. A judicial declaration as to whether the SAFETY Act applies and

26 precludes liability on Defendants' claims against the Plaintiffs is necessary at this

27 time so that the parties may ascertain their rights, and avoid the significant judicial

28

1  waste that would occur if the lawsuits were allowed to proceed in the absence of a
2  finding as to the applicability of the SAFETY Act.

3
4  ### **PRAYER FOR RELIEF**

5      WHEREFORE, Plaintiffs MGM Parties pray for judgment against
6  Defendants, and each of them, as follows:

7      1.    For a judicial declaration that:

8          a. Defendants' claims arising from the attack by Stephen Paddock on
9             October 1, 2017 in Las Vegas, Nevada are subject to and governed by
10             the SAFETY Act, 6 U.S.C. § 441 et seq.;

11          b. the SAFETY Act precludes any finding of liability against Plaintiffs
12             for any claim for injuries arising out of or related to Paddock's mass
13             attack, without prejudice to Defendants' rights to pursue claims against
14             the "Seller" under the Act, including to obtain proceeds of insurance
15             that any such Seller was required by the Act to maintain;

16          c. Plaintiffs have no liability of any kind to Defendants, or any of them,
17             arising from the Paddock's mass attack; and

18      2.    For such other and further legal or equitable relief as the Court deems
19  just and proper.

20
21
22
23
24
25
26
27
28

1  DATED:  July 17, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUNGER, TOLLES & OLSON LLP
   BRAD D. BRIAN
   MICHAEL R. DOYEN
   BETHANY W. KRISTOVICH


By:      /s/ Michael R. Doyen
         MICHAEL R. DOYEN

Attorneys for Plaintiffs MGM RESORTS
INTERNATIONAL, MANDALAY RESORT
GROUP, MANDALAY BAY, LLC, MGM
RESORTS FESTIVAL GROUNDS, LLC, and
MGM RESORTS VENUE MANAGEMENT,
LLC