Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100; Fax: (213) 687-3702
brad.brian@mto.com
michael.doyen@mto.com
bethany.kristovich@mto.com

Attorneys for Plaintiffs MGM
RESORTS INTERNATIONAL, et al.

Mark P. Robinson, Jr., SBN 54426
Daniel S. Robinson, SBN 244245
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
mrobinson@robinsonfirm.com
drobinson@robinsonfirm.com

Attorneys for Defendants,
DONNA JEAN ADCOCK, et al.
[See Signature Line for Additional
Defendants]
*Additional counsel of record listed on
page 2*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br><br>       Plaintiff,<br><br>     vs.<br><br>QUINTIVIA ABNER, et al,<br><br>       Defendant. | Case No. LA CV18-06197 JAK (FFMx)<br><br>**REPORT ON MEDIATION**<br><br>Trial Date: Not Yet Assigned |

1

2

*\* Counsel of record continued*

3    Kevin R. Boyle SBN 192718
     **PANISH SHEA & BOYLE LLP**
4    11111 Santa Monica Blvd., Suite 700
     Los Angeles, CA 90025
5    (310) 477-1700; Fax: (310) 477-1699
     boyle@psblaw.com

6    Richard Patterson, Esq. SBN. 73900
     Susan A. Owen, Esq. SBN. 143805
7    **OWEN PATTERSON & OWEN**
     **LLP**
8    23822 Valencia Blvd #303
     Valencia, CA 91355
9    (661) 799-3899

10   Robert T. Eglet Nevada Bar No. 3402
     (*California pro hac vice pending*)
11   Robert M. Adams Nevada Bar No. 6551
     (*California pro hac vice pending*)
12   **EGLET ADAMS**
     400 S. Seventh St., Suite 400
13   Las Vegas, NV 89101
     (702) 450-5400; Fax: (702) 450-5451
14   eservice@egletlaw.com

15   Attorneys for Defendants ZELDA
     ADAME, et al. [See Signature Line for
16   Additional Defendants]

17

18

19

20

21

22

23

24

25

26

27

28

1   The parties respectfully advise the Court that after the parties have reached a
2   settlement agreement, the process is continuing towards resolution.

3   The parties continue to believe that this outcome will avoid prolonged
4   litigation, and resolve this matter so that the communities, the victims and their
5   families can move forward in the healing process.

6   Under the terms of the agreement, claimants had until May 14, 2020 to elect to
7   participate in the settlement.  The parties are currently evaluating the status of the opt-
8   in process.  With respect to claimants who elect to participate, the agreement provides
9   for dismissal of pending litigation, including the claims in this action. The parties
10  therefore respectfully request to file the next joint report on August 21, 2020 in the
11  event that this action has not been voluntarily dismissed as to all parties by that date.

12  DATED:  May 15, 2020         **MUNGER, TOLLES & OLSON LLP**

13

14

15  By: _/s/ Bethany W. Kristovich_
        Brad D. Brian SBN 79001
16      Michael R. Doven SBN 119687
        Bethany W. Kristovich SBN 241891
17      John M. Gildersleeve SBN 284618
        350 South Grand Avenue, 50th Floor
18      Los Angeles, CA 90071-3702
19

20      Attorneys for Plaintiffs MGM RESORTS
        INTERNATIONAL, et al.
21

22  DATED:  May 15, 2020         **ROBINSON CALCAGNIE, INC.**

23

24

25  By:  _/s/ Daniel S. Robinson_
        Mark P. Robinson, Jr. SBN 54426
26      Daniel S. Robinson SBN 244245
        19 Corporate Plaza Drive
27      Newport Beach, CA 92660
        (949) 720-1288; Fax: (949) 720-1292
28      mrobinson@robinsonfirm.com
        drobinson@robinsonfirm.com

-3-

1                                         ]

2                                    Attorneys for Defendants, DONNA JEAN
3                                    ADCOCK; ROSIE AMATULLI;
BRENDA ARCE; REYNITA
4                                    BANABAN; TERRENCE BIRDEN;
STEVEN DALE BOES JR.; FLOSIETA
5                                    ANN DAVIS; TERESA DELEON HILL;
LISA DIRADOMORENO; GLENN J.
6                                    DORMER; KIMBERLY A. DOWNES;
TIMOTHY ECHAVARRIA; PAMELA
7                                    GOMEZ; DAVID J. GRIJALBA JR.; JON
GURULE; AMY HARRICK; KELLY JO
8                                    HIEBERT; DEBORAH HIGGINS;
ALBERT HIGGINS, JR.; BRADLEY
9                                    HOFFRICHTER; ALIYAH HOWARD;
VIVEK JAYARAMAN; DANIEL D.
10                                   KNIGHT; ANNE B. KRIEGHOFF;
WENDY LYNN LAZIO; BROOKE
11                                   MAGORIEN; GREGORY L. MANIS;
LAURIE L. MANIS; BRYAN
12                                   MATTHEWS; COURTNEY N. MAYO;
ANTHONY THOMAS MCBRIDE;
13                                   TIFFANY MCCLELLAN; SHAUNA
MCKENZIE; ELIZABETH MCNEIL;
14                                   MEGAN S. MEREDITH; RILEY S.
MURRAY; KRYSTAL K. NASH;
15                                   GRACE NICASSIO; ERIC J. NOBRIGA
SR.; DANIEL PAIZ; JOE M.
16                                   QUINTEROS; DEBRA RELIFORD;
TRISTINA RICHARDS; SHANNON
17                                   LYNN RIMMER; JEFF SANDWELL;
HOLLY E. SANTINO; REYLENE D.
18                                   SOTO; TRAIVONA STAPLETON;
SANDY TATELMAN; AMBER VAN
19                                   VOORHIS; CINDY VANDYKE;
SANDRA VENABLES; SANDRA
20                                   VILLALBA; ISRAEL SAMUEL
VILLALOBOS; STELLA WALZ;
21                                   COURTNEY NICOLE WINTERS;
KELLY YEAKEL; ERIK ZALUSKE; and
22                                   TROY O. ZEEMAN

23 DATED:  May 15, 2020         **PANISH SHEA & BOYLE LLP**

24

25                                By:  */s/ Kevin R. Boyle*
26                                   Kevin R. Boyle SBN 192718
11111 Santa Monica Blvd., Suite 700
27                                   Los Angeles, CA 90025
(310) 477-1700; Fax: (310) 477-1699
28 -and-                                 boyle@psblaw.com

1

2

3

4

5

6   -and-

7   DATED:  May 15, 2020

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EGLET ADAMS**

Robert T. Eglet Nevada Bar No. 3402
(*California pro hac vice pending*)
Robert M. Adams Nevada Bar No. 6551
(*California pro hac vice pending*)
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

**OWEN PATTERSON & OWEN LLP**

By: */s/ Richard Patterson*

Richard Patterson, Esq. SBN. 73900
Susan A. Owen, Esq. SBN. 143805
23822 Valencia Blvd #303
Valencia, CA 91355
(661) 799-3899

Attorneys for Defendants.  ZELDA
ADAME, CONSTANTINO
ANGELETAKIS, LACEY BARTKO,
BABU BHUIYAN, COURTLAND
BIBBS, TERRENCE BIRDEN, MINDY
BITRICH, EDWINNA BRAME, TARA
BURFIELD, KELVIN H. COACHMAN,
DANETTE COLASIN, ASHLEY
JORDAN CORUM, JAMES RAYMOND
DEVOLL, KEANU EDWARD
ESTRADA, ROY EUWING,
LAURIANNA JAYNE FENWICK,
IYANA GAINES, OLEG GALAGAN,
ROSEMARY GARCIA, DAMON
GIPSON, BRITTANY GOOD,
JENNIFER GRIMSHAW, APRIL
HOPWOOD, TABIA J. JOHNSON,
NKOSI S. JOHNSON-KIMBER, GRACE
KAJIMURA, DANIEL D. KNIGHT,
ASMIK KOTOYAN, EDWIN LANIER,
VALARIE LOFTON, GREG LORING,
KAITLIN MANAHAN, HOLLY L.
MAYES, ANTHONY MAYSHACK,
THERESA MAYSHACK, LORI ANNE
MCELROY, ERENIA MIJANGOS,
MORGAN MOELLER, AMELIA B.
MORALES, CORAL NETTLES, LINDA
NOONER, ISAAC XAVIER OROZCO,
KIMBERLY PAYTON, LEONEL M.
PLATA JR.. RACHEL ROACH.

DOROTHY SIGALA, KIMBERLY ANN SMITH, DOLORES M. SOLANO, LETICIA MARIE STAGGS, MELINDA STILWELL, BRENDA TOPETE, EMILY ANN TREMATERRA, EDWARD TROVATO, SANDRA VALENZUELA-NORRIS, MONTEE WHITE, VENETIA WHITE. and TAYLOR WINSTON

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, I, Bethany W. Kristovich, attest that the above signatories have authorized this filing and concur in its content.

*/s/ Bethany W. Kristovich*
Bethany W. Kristovich

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2020, I caused to be electronically filed the foregoing via the Court's Electronic Case Filing (ECF) system.  I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.


*/s/ Bethany W. Kristovich*
Bethany W. Kristovich